

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-27-UNA |
| Plaintiff, : | |
| v. : | |
| : | |
| CHUNG HANG CHENG, a/k/a : | |
| JAMES CHENG : | |
| : | |
| Defendant. : | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 16, 2008, in the State and District of Delaware, CHUNG HANG CHENG, a/k/a JAMES CHENG, defendant herein, did knowingly ship, transport, receive, possess, sell, distribute, or purchase contraband cigarettes, that is, a quantity in excess of 10,000 cigarettes, which bore no evidence of the payment of the applicable State of Delaware cigarette taxes required by title 30, Delaware Code, § 5342, all in violation of Title 18, United States Code, §§ 2341(2) & 2342.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: /s/
Seth M. Beausang
Assistant United States Attorney
Dated: February 14, 2008.