IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, ) | REDACTED |
| Plaintiff, ) | |
| ) | |
| V. ) | Cr. Action No. 1:08CR00027-JJF |
| ) | |
| Chung Hang Cheng ) | |
| ) | |
| Defendant. ) | |

### ORDER TO MODIFY CONDITIONS OF RELEASE

WHEREAS, on January 22, 2008, the Court ordered as a condition of release that the defendant reside at _____, New Castle, Delaware;

WHEREAS, the Probation Office and Counsel for the defendant and the Government agree that the conditions of release be may be modified to permit the defendant to reside at , Bronx, New York 10465;

IT IS HEREBY ORDERED this 10 day of March, 2008, that the conditions of release be modified to permit the defendant, Chung Hang Cheng, to reside at Bronx, New York 10465.

IT IS FURTHER ORDERED that all other conditions of release imposed on January 22, 2008 remain in full effect pending final disposition.

The Honorable Joseph J. Farnan, Jr.
U.S. District Judge

FILED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE