THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-27 JJF |
| CHUNG HANG CHENG, | : |
| Defendant. | : |

### O R D E R

WHEREAS, counsel for Defendant has requested the June 16, 2008, Rule 11 hearing be moved forward;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Rule 11 hearing will be held on **June 3, 2008 at 12:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) Sentencing in this matter will immediately follow the Rule 11 hearing.

May 15, 2008
DATE

UNITED STATES DISTRICT JUDGE