IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-27-JJF |
| CHUNG HANG CHENG, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Defendant, Chung Hang Cheng, by and through his undersigned counsel, Luis A. Ortiz, Assistant Federal Public Defender, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Cheng avers as follows:

1. On or about February 14, 2008, a grand jury returned a one count indictment against Mr. Cheng with distribution of contraband cigarettes in violation of 18 U.S.C. § 2341(2) and 2342. Mr Cheng's rule 11 hearing and Sentencing is currently set for June 3, 2008 at 12:30a.m.

2. Mr. Cheng is requesting a postponement of the Sentencing Hearing because he is scheduled for emergency open heart surgery today due to an obstruction in his arteries. He will be hospitalized for at least one week following the surgery and will be on bed rest at his home for an additional week. Therefore, Mr. Cheng is not available due to his health to appear at his hearing scheduled for June 3, 2008.

3. Neither, Assistant United States Attorney, Seth Beausang nor United States Probation Officer, Jean M. Lubinsky objects to Mr. Chengs's request for a postponement.

4.Counsel has discussed the need for this postponement with Mr. Cheng and he is in full agreement with the request.

5.Accordingly, the defendant believes that, in the interests of justice, a postponement of the Sentencing Hearing is warranted.

**WHEREFORE,** the Defendant, Chung Hang Cheng, respectfully requests that this Court issue an Order postponing the Sentencing Hearing for at least 30 days.

Respectfully submitted,

/s/ Luis A. Ortiz
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Chung Hang Cheng

Dated: May 22, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-27-JJF |
| CHUNG HANG CHENG, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Chung Hang Cheng's Sentencing Hearing shall be on the _____ day of _____ ____, 2008, at _____ a.m./p.m.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court