IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-27-JJF |
| CHUNG HANG CHENG, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __27__ day of __May__, 2008, that Defendant Chung Hang Cheng's Sentencing Hearing shall be on the __8th__ day of __July__, 2008, at __1:00__ a.m./(p.m.)

Honorable ~~Gregory M. Sleet~~ Joseph J. Farnan, Jr.
~~Chief Judge~~, United States District Court